# Exhibit A



MYLAB HOME

| Pearl Details | |
|---|---|
| Report No. | 6227179851 |
| Control No. | 110212006849 |
| Client Ref No. | -- |
| Job No. | 110276341883 |
| Service(s) | Nacre Thickness,Cultured Pearl Classification Report |
| Current Status | Ready For Return |
| Return Date | 12/21/2021 |
| Report Issued | Cultured Pearl Classification Report |
| Invoice No. | -- |
| Report Date | January 04, 2022 |
| General Description | pair of earrings marked "MIKIMOTO 750" |
| Weight | 2.45 grams (gross) |
| Measurements | 8.31 mm and 8.28 mm |
| Comments | Average nacre thickness: 0.41 mm and 0.56 mm. Cultured pearls grown in the akoya pearl oyster are routinely processed. Pearls are described insofar as mounting permits analysis. |

**Back To Job Details**

| Identification | |
|---|---|
| Pearl(s) | -- |
| Environment | -- |
| Mollusk | -- |
| Treatments | -- |

| Detailed Description | |
|---|---|
| Shape | Round |
| Bodycolor | White |
| Overtone | Pink |
| Luster | Excellent |
| Surface | Clean |
| Matching | Excellent |
| Nacre | Acceptable |